

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

MEMORANDUM ORDER

Appellate case name:     Connie Al-Abady v. Highland Village LP, Highland Village GP, LLC, and Fairfax Management

Appellate case number:   01-19-00735-CV

Trial court case number: 2017-252425

Trial court:             61st District Court of Harris County

     The motion for reconsideration en banc is **denied**.


     It is so ORDERED.


Judge's signature: _____/s/ Peter Kelly_____
             Acting for the Court


Panel consists of Chief Justice Radack, and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date: <u>October 21, 2021</u>